In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-08-00065-CV


______________________________





IN RE: EXPUNCTION REQUEST BY


KIMBERLY DENISE VARGAS




 


On Appeal from the 123rd Judicial District Court


Panola County, Texas


Trial Court No. 2008-134-EX




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Moseley


MEMORANDUM OPINION



 The parties have filed a joint motion requesting this Court to abate the appeal and remand
the cause to the trial court for further proceedings, stating that an agreement has been reached
between the parties. 

 Accordingly, this case is abated and remanded to the trial court for further proceedings
consistent with this opinion. 



 Bailey C. Moseley

 Justice


Date Submitted: September 2, 2008

Date Decided: September 3, 2008



WP="BR1">
 Josh R. Morriss, III

 Chief Justice


Date Submitted: August 14, 2008

Date Decided: August 15, 2008


Do Not Publish
1. This case has been transferred to this Court as part of the Texas Supreme Court's docket
equalization program.